UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00104 |
| | ) | JUDGE CAMPBELL |
| STEVE CORDELL DOBSON | ) | |

## ORDER

Pending before the Court is a Petition for Revocation of Supervised Release (Docket No. 9). The Court will hold a hearing on the Petition on July 6, 2012, at 2:30 p.m.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE